# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00608-CV

**Sabrina Nigreville, Appellant**

**v.**

**Tranum Buick Inc. d/b/a Tranum Auto Group and d/b/a Tranum Buick, Pontiac, GMC; Kliewer Bingham, Incorporated d/b/a Patriot Pontiac GMC Buick Oldsmobile, Appellees**

**FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT NO. 193,855-B, HONORABLE RICK MORRIS, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

This Court rendered a memorandum opinion on January 30, 2003, that abated this appeal until March 7, 2003. The appeal was then reinstated. On March 12, the parties filed a joint motion to dismiss the appeal. The motion is granted and the appeal is dismissed.

                                                    Lee Yeakel, Justice

Before Justices Kidd, Yeakel and Patterson

Dismissed on Joint Motion

Filed:   March 20, 2003